# **EXHIBIT B**

Summary of Terms of Preferred Promoter Agreement

| | |
|---|---|
| **Parties:** | PKM Presents LLC ("Promoter") and The Stamford Center for the Arts, Inc. ("Owner") |
| **Forum:** | Palace Theatre located at 39, 41 and 61 Atlantic Street, Stamford, Connecticut, but not including the approximately 240 seat Amy Rich Theatre |
| **Promoter's Services:** | To procure and arrange for performances and acts of entertainment ("Shows") at the Palace and to advertise and promote such Shows |
| **Term; Extension:** | The term will commence on the date of signing and will expire on June 20, 2012. Promoter has the right to extend the Term for two (2) consecutive two (2) year periods. |
| **Compensation:** | Owner will pay Promoter (i) 40% of Gross Concessions Revenue for Rock Shows that were procured for the Palace by Promoter; and (ii) 30% of Gross Concessions Revenue for Rock Shows that were not procured for the Palace by Promoter. A Rock Show is any Show featuring rock music, a comedy performance and/or other popular entertainment, but shall not include any performance by a Resident Company, a not-for-profit entity or any theatrical, classical music or dance performance. |
| **Scheduling:** | Promoter has booking priority with respect to Show dates that have not already been allocated by Owner to Resident Companies. |
| **Third Party Promoters:** | If a third party promoter contacts Owner to schedule a Rock Show, Owner must refer such third party to Promoter. If such third party does not elect to be represented by Promoter, then Owner may deal directly with the third party regarding its Rock Show. |

1

1200601v1

| | |
|---|---|
| **Rental Rates:** | The Rental Agreements for Shows procured by Promoter shall provide for a rental rate of $2,000 per day, to be increased annually by a corresponding increase in the Consumer Price Index. The Rental Agreements for Shows not procured by Promoter shall provide for a rental rate of at least $3,000 per day. |
| **Sponsorships:** | Owner has the exclusive right to sell venue sponsorship rights with respect to all Shows. Owner shall pay for all tickets utilized for such venue sponsorships and is entitled to all revenue earned therefrom.<br><br>Owner and Promoter each have the right to sell sponsorship rights with respect to particular Shows; provided that Promoter must have Owner's prior approval before selling such sponsorship rights to third parties. Each party is entitled to revenue earned from the sale of such rights; provided, however, that (i) in the event that sponsorship rights sold by Owner do not result in at least 40% of the net revenue from such sale being used to purchase tickets for such Show, Owner shall pay Promoter the difference between 40% of the net revenue from the sale and the net revenue actually used to purchase tickets; and (ii) Promoter shall pay to Owner 15% of the net revenue from its sponsorship sales. |
| **Exclusivity:** | Promoter cannot perform similar services for another venue within a 35 mile radius. |

2