# **EXHIBIT C**

# EXHIBIT A

(Summary of Terms)

| | |
|---|---|
| **Purpose:** | To fund the Plan of Reorganization of Stamford Center for the Arts, Inc. (the "Plan") under Case No. 08-50773(AHWS) pending in the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court"), including, without limitation, to satisfy prepetition creditors and to fund working capital. |
| **Loan Terms:** | This intent to loan shall remain in full force and effect until July 31, 2009 (the "Expiration Date"), which Expiration Date shall be automatically extended for an additional period of thirty (30) days if the Bankruptcy Court has not confirmed the Plan on or prior to July 31, 2009. |
| **Lender:** | Restructured Opportunity Investors, Inc., or an affiliate thereof |
| **Borrower:** | Stamford Center for the Arts, Inc. (SCA) |
| **Loan Amount; Term:** | 1. $750,000 term loan with a term of four (4) years.<br><br>2. $100,000 line of credit for a four (4) year period.<br><br>The Loans will be interest only for the first year. Thereafter the Loans will amortize based on a three (3) year schedule. |
| **Collateral:** | Palace Theater property, known as 39, 41 and 61 Atlantic Street, Stamford, Connecticut, and Rich Forum property, known as 307 Atlantic Street, Stamford, Connecticut, together with an assignment of leases and rents with respect to both properties; subject to existing first mortgage to People's United Bank in the maximum principal amount of $695,000. Restructured Opportunity Investors, Inc. to execute an SNDA in favor of the lease to NBC/Universal on the Rich Forum property. |

1088607v7

| **Interest Rate:** | The Loans shall accrue interest at a rate of up to fifteen percent (15%) per annum, of which (A) nine percent (9%) shall be paid monthly; and (B) up to six percent (6%) shall be paid from fifty percent (50%) of the Facility Fees collected by Borrower, but only to the extent of such fifty percent (50%) amount and not to exceed six percent (6%) per annum of the outstanding principal amount of the Loans. Borrower shall not be responsible for any interest due under clause (B) above to the extent such interest amount exceeds fifty percent (50%) of the Facility Fees collected by Borrower. "Facility Fee" shall mean a charge of $2.00 for each ticket sold by Borrower for its events at the Palace Theater. |
|---|---|
| **Prepayment Penalty:** | The Loans may be prepaid in whole or in part at any time without penalty; provided, however, that the Loans shall earn a minimum of two (2) years interest. |
| **Default Rate:** | The lesser of (a) 5% over the stated interest rate and (b) the maximum rate permitted by applicable law. |
| **Advances to be Made at Closing:** | 1. $30,000 to fund the Lender Underwriting Fee; and<br><br>2. $50,000 to fund the Lender Funding Fee. |
| **Extension Option:** | The originally scheduled maturity date shall be extended for one (1), one (1)-year period, upon not less than 180 days prior written notice, so long as: (A) no event of default shall exist under the Loans; and (B) Borrower shall pay to Lender an extension fee equal to the greater of (x) 10% of the unpaid principal balance of the Loans at the time of notice and (y) $20,000. |
| **No Other Debt:** | The Borrower shall not be permitted to have any secured indebtedness, other than its existing debt to People's United Bank. |

1088607v7

| | |
|---|---|
| **Conditions to Closing:** | Conditions to close the Loans include, without limitation, Lender's satisfactory review of the following with respect to the Borrower:<br><br>1. Corporate organizational documents;<br><br>2. Audited financial statements and copies of the two most recently filed federal tax returns;<br><br>3. Operating budget;<br><br>4. Copies of available title work for the real property;<br><br>5. Copies of available appraisals for the real property;<br><br>6. Copies of available third party environmental reports for the real property;<br><br>7. Lender's Title Policy in the full amount of the Closing Advance with such exceptions and endorsements as approved by Lender's counsel;<br><br>8. The opinion of Borrower's counsel satisfactory to Lender's counsel;<br><br>9. The status of Borrower's bankruptcy case;<br><br>10. Confirmation of the Borrower's Plan of Reorganization; and<br><br>11. Such other matters as may be reasonably required by Lender and its counsel. |
| **Expenses:** | Borrower agrees to pay or to reimburse Lender and its affiliates, upon demand, the reasonable, out-of-pocket costs and expenses incurred by Lender and the outside counsel retained by Lender in connection with the Loans. |
| **Expense Deposit:** | The Borrower shall pay to Lender upon acceptance hereof a deposit of $15,000 to be applied by the Lender to offset expenses that Borrower would otherwise be responsible for in connection with the Loans. Any excess funds in such deposit shall be returned to the Borrower upon the funding of the Loans. |

3

1088607v7

| Breakup Fee: | In the event that the Plan is approved by the Bankruptcy Court and SCA declines to enter into the loans outlined in this Summary of Terms based solely on the availability of an alternative financing, then SCA shall pay to Restructured Opportunity Investors, Inc. the sum of $45,000 as a "breakup" fee for cancelling the proposed financing. |
|---|---|